UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LISA D. JENSEN,<br><br>      Plaintiff,<br><br>  vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>      Defendant. | Civil No. 6:21-cv-01468-SI<br><br><br>AMENDED ORDER GRANTING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

      Plaintiff Lisa D. Jensen brought this action seeking review of the Commissioner's final decision denying her application for disability benefits under the Social Security Act. The Court reversed the Commissioner's decision and remanded the case for further administrative proceedings. The Commissioner subsequently found Plaintiff entitled to Social Security benefits beginning November 2017.

      Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable.

      Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $35,599.25 in attorney's fees under 42 U.S.C. § 406(b).

Previously, the Court awarded Plaintiff a fee of $8,239.76 under the Equal Access to Justice Act ("EAJA"). The Court will offset that award against the 42 U.S.C. § 406(b) award and order that, in accordance with agency policy, the Commissioner make a direct payment of $27,359.49, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorney, Katherine L. Eitenmiller, at WELLS, MANNING, EITENMILLER & TAYLOR, P.C. Payment is to be made from benefits the Social Security Administration has withheld from Plaintiff's past due benefits. Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this __4th__ day of __February__ 2025.

_____
Michael H. Simon, United States District Court Judge